# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HAROLD WYMS, ) | |
| ) | |
| Plaintiff, ) | Case Number: 15-cv-0643-MJR-RJD |
| ) | |
| v. ) | |
| ) | |
| STAFFING SOLUTIONS SOUTHEAST, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

### JUDGMENT IN A CIVIL ACTION

**IT IS ORDERED AND ADJUDGED that** pursuant to the Order dated April 7, 2017 approving Rule 23 Class Settlement, this case is dismissed with prejudice.

Dated: April 12, 2017

JUSTINE FLANAGAN, Acting Clerk of Court
s/ *Reid Hermann*
Deputy Clerk

Approved: *s/ Michael J. Reagan*
Michael J. Reagan, U.S. District Judge